UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

APR 1 6 2014

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:14CR112 RWS/NAB |
| COURTNEY MINOR, | ) |
| Defendant. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about January 3, 2014, in the City of Saint Louis, within the Eastern District of Missouri,

**COURTNEY MINOR,**

the Defendant herein, having been convicted previously in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly possess one or more firearms which had previously traveled in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.


FOREPERSON

RICHARD G. CALLAHAN
United States Attorney


PATRICK T. JUDGE, #39676MO
Assistant United States Attorney